**Abatement Order filed June 24, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00818-CR

————————

**ANTHONY EARL WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1373285**

---

## ABATEMENT ORDER

Appellant appeals his conviction for aggravated assault with a deadly weapon. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005). Specifically, when determining whether appellant would be

permitted to testify free of impeachment by prior convictions, it appears the trial court used an incorrect test in determining, in the interests of justice, that the probative value of the remote convictions supported by the specific facts and circumstances outweighed their prejudicial effect. *See Leyba v. State*, 416 S.W.3d 563, 567–69 (Tex. App.—Houston [14th Dist.] 2013, pet. ref'd); Tex. R. Evid. 609(b).[1]

Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this Court **within thirty days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM

---

[1] Our decision should not be viewed as a determination of the merits of any issues raised in the brief or a limitation on any issue that may be raised in this appeal. Appellant's new appellate counsel should personally review the record to determine what issues should be raised in this appeal.